AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

FRANK SARGENT,

        Plaintiff,

        v.

BENTON COUNTY CORRECTIONS CENTER STAFF,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-5049-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the documents purporting to be amended complaints and supplemental information (Ct. Recs. 6, 7 and 8) are DISMISSED with prejudice UNDER 28 U.S.C. § § 1915A(b) (1), (2) and 1915 (e) (2).

| October 31, 2003 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |